**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HOWARD WILSON,** | ) | |
| Plaintiff, | ) | Civil Action No: 1:26-cv-1364 |
| v. | ) | Honorable Charles P. Kocoras |
| **FLOWERS4DREAMS, LLC** | ) | |
| Defendant. | ) | |

**[PROPOSED] JOINT STIPULATION OF DISMISSAL**

This case coming before the Court *off call*, the parties having agreed to the relief set forth below, and the Court being fully advised in the premises,

**IT IS HEREBY STIPULATED, AGREED, and ORDERED:**

1. Plaintiff's claims against Defendant are voluntarily dismissed with prejudice and with each party to bear its own costs.

2. This case is hereby disposed.

*It is so ordered.*

Dated: May 11, 2026

**Prepared by and Agreed to by:**
**For Plaintiff Howard Wilson**

s/Yaakov Saks
Yaakov Saks
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Ph: (201) 282-6500
ysaks@steinsakslegal.com

**Prepared by and Agreed to by:**
**For Defendant Flowers4Dreams, LLC**
s/Peter Thomas Shapiro
Peter Thomas Shapiro
**Lewis Brisbois Bisgaard & Smith LLP**
250 Greenwich Street
New York, NY 10007
Ph: (212) 232-1322
Peter.Shapiro@lewisbrisbois.com

**ENTERED:**

**Honorable Charles P. Kocoras**

**DATE: ________________**

**CERTIFICATE OF SERVICE**

I certify that on May 11, 2026, a copy of the foregoing was filed and served electronically upon all counsel of record via the ECF system.

s/ Yaakov Saks